UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.

CRYSTAL A. ATHERTON and ROBERT W. ATHERTON,

    Plaintiffs

v.

CITY OF BEVERLY, WILLIAM F. SCANLON, in his official and individual capacity, and JOHN DUNN, in his official and individual capacity,

    Defendants

NOTICE OF APPEARANCE

05 11323 MLW

Please enter our appearance on behalf of the Defendants in the above-captioned matter.

RESPONDENTS,
CITY OF BEVERLY and WILLIAM F. SCANLON, JR.,

By their attorneys,

_____
David C. Jenkins (BBO# 251000)
Elizabeth R. Corbo (BBO# 640131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA  02116

Dated: June 23, 2005

254455/METG/0580

## CERTIFICATE OF SERVICE

I, Elizabeth R. Corbo, hereby certify that on the date set forth below, I served Plaintiff's counsel of record with all documents enclosed with this filing in the matter of Crystal Atherton and Robert Atherton v. City of Beverly, et al., United States District Court, District of Massachusetts, C.A. _____, by first-class mail, postage prepaid, to the following counsel of record:

>Jordan Shapiro, Esq.
>Shapiro & Hender
>P.O. Box 392
>Malden, MA 02148

Dated: 6/23/05

Elizabeth R. Corbo

254541/60700/0580