# Shapiro & Hender
LAW OFFICES

**640 Main Street**
**P.O. Box 392**
**Malden, Massachusetts 02148**

TEL. (781) 324-5200
FAX (781) 322-4712

JORDAN L. SHAPIRO
DANIELLE M. HENDER
ERIC L. SHWARTZ
CHARLES J. FEMINO
SOL H. SHAPIRO (1937-1990)

OF COUNSEL
DAVID P. SHAPIRO

EMAIL ADDRESSES:

JORDAN: JSLAWMA@AOL.COM
DANIELLE: dheskwyr@gmail.com
ERIC: gr8counsel@yahoo.com
CHARLES: cfeminolaw@hotmail.com
DAVID: dwight24@aol.com

March 23, 2006

ATTN: Dennis O'Leary
Clerk's Office, US District Court
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Mr. O'Leary,          RE: Atherton
                           Vs City of Beverly, etal
                           Docket No. 05-11323 MLW

Kindly set this matter down for a scheduling conference at your earliest convenience on this matter which was removed from Superior Court in June, 2005. This request is pursuant to Rule 26.

Thank you.

Very truly yours,

Jordan L. Shapiro

c
Elizabeth Corbo, Esq.
Kopelman & Paige
31 St. James Avenue
Boston, MA 02116

c
Crystal Atherton
61 Conant Street
Beverly, MA 01915