UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11323MLW

| | |
|---|---|
| CRYSTAL A. ATHERTON and ROBERT W. ATHERTON,<br><br>    Plaintiffs<br><br>v.<br><br>CITY OF BEVERLY, WILLIAM F. SCANLON, in his official and individual capacity, and JOHN DUNN, in his official and individual capacity,<br><br>    Defendants | DEFENDANTS, CITY OF BEVERLY, WILLIAM F. SCANLON, AND JOHN DUNN'S, MOTION FOR JUDGMENT ON THE PLEADINGS |

    Now come the defendants, City of Beverly, William F. Scanlon and John Dunn, and hereby move, pursuant to Fed.R.Civ.P. 12(c), that this Honorable Court enter judgment on the pleadings, and dismiss all claims against them. As grounds therefor, the defendants state that the Complaint fails to state a claim upon which relief may be granted.

    As further grounds therefor, the defendants rely on the accompanying Memorandum.

DEFENDANTS,
CITY OF BEVERLY and WILLIAM F.
SCANLON, JR.,

By their attorneys,

/s/ David C. Jenkins
David C. Jenkins (BBO# 251000)
Elizabeth R. Corbo (BBO# 640131)
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110
(617) 556-0007

282877/60700/0580