UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11323MLW

| | |
|---|---|
| CRYSTAL A. ATHERTON and ROBERT W. ATHERTON,<br><br>    Plaintiffs<br><br>v.<br><br>CITY OF BEVERLY, WILLIAM F. SCANLON, in his official and individual capacity, and JOHN DUNN, in his official and individual capacity,<br><br>    Defendants | |

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, defendants' counsel hereby certifies that on May 22, 2006, an attorney from Kopelman and Paige, Elizabeth R. Corbo, conferred with plaintiff's counsel via telephone in a good faith effort to resolve or narrow the issues set forth in regard to defendants Motion for Judgment on the Pleadings. The parties were not able to resolve the issues raised by the Motion.

DEFENDANTS,
CITY OF BEVERLY and WILLIAM F.
SCANLON, JR.,

By their attorneys,

/s/ David C. Jenkins
David C. Jenkins (BBO# 251000)
Elizabeth R. Corbo (BBO# 640131)
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA  02110
(617) 556-0007

282915/60700/0580