UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11323MLW

| | |
|---|---|
| CRYSTAL A. ATHERTON and ROBERT W. ATHERTON,<br><br>    Plaintiffs<br><br>v.<br><br>CITY OF BEVERLY, WILLIAM F. SCANLON, in his official and individual capacity, and JOHN DUNN, in his official and individual capacity,<br><br>    Defendants | |

REQUEST FOR ORAL ARGUMENT

Counsel for the defendants request oral argument on the defendants' Motion for Judgment on the Pleadings, filed with the Court on May 22, 2006.

                                              DEFENDANTS,
                                              CITY OF BEVERLY and WILLIAM F.
                                              SCANLON, JR.,

                                              By their attorneys,

                                              /s/ David C. Jenkins
                                              David C. Jenkins (BBO# 251000)
                                              Elizabeth R. Corbo (BBO# 640131)
                                              Kopelman and Paige, P.C.
                                              101 Arch Street, 12th Floor
                                              Boston, MA  02110
282916/60700/0580                               (617) 556-0007