UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11323MLW

| | |
|---|---|
| CRYSTAL A. ATHERTON and ROBERT W. ATHERTON<br>Plaintiffs<br><br>vs<br><br>CITY OF BEVERLY, WILIAM F. SCANLON, JOHN DUNN<br>Defendants | PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE (ASSENTED TO) |

Now comes the Plaintiff and moves to continue the Scheduling Conference scheduled for Thursday, May 25, 2006 at 4 PM, as Plaintiff's counsel requires additional time to review the Defendant's recently filed Motion for Judgment on the Pleadings with his clients to decide what the response should be to said Motion and to prepare a response.

Further, he is attending a continued Grant Committee Meeting of the Mass Bar Foundation involving several hundred thousand dollars in grants to numerous charitable organizations and he is presenting a report on his personal investigation of three applicants for funding.

Defendant's counsel has no objection to the Court continuing this matter to the Court's next convenient date, preferably after Plaintiff has had a reasonable time to respond to the Defendant's recently filed Motion for Judgment.

THE PLAINTIFFS,
BY THEIR ATTORNEY,

*/s/ Jordan L. Shapiro*

JORDAN L. SHAPIRO
Shapiro & Hender
640 Main Street
Malden, MA 02148
781 324 5200
BBO #454240

DATED: May 23, 2006

Assented to:
Elizabeth Corbo
Counsel for Defendants

Subj: **RE: I reviewed the joint scheduling-- JORDAN**
Date: 5/23/2006 6:42:40 A.M. Eastern Standard Time
From: ECorbo@k-plaw.com
To: JSLAWMA@aol.com

The motion looks fine and you have my assent. No need to fax it over. I guess we both are guilty of being workaholics!

-Libby

---

**From:** JSLAWMA@aol.com [mailto:JSLAWMA@aol.com]
**Sent:** Monday, May 22, 2006 9:54 PM
**To:** Elizabeth Corbo
**Subject:** Re: I reviewed the joint scheduling-- JORDAN

In a message dated 5/22/2006 9:19:29 P.M. Eastern Standard Time, ECorbo@k-plaw.com writes:

Your motion sounds fine – I have no objection. It seems more efficient to reschedule, but I am not sure the court will agree. If you can just shoot it over in final form, I'll take a look and get right back to you.

You're working too late....
See attached final form I intended to have my secretary fax to you tomorrow.
JORDAN