UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11323MLW

| | |
|---|---|
| CRYSTAL A. ATHERTON and ROBERT W. ATHERTON,<br>　　　Plaintiffs<br><br>v.<br><br>CITY OF BEVERLY, WILLIAM F. SCANLON, in his official and individual capacity, and JOHN DUNN, in his official and individual capacity,<br>　　　Defendants | LOCAL RULE 16.1(D) JOINT SCHEDULING STATEMENT |

Now come the parties in the above-referenced action and hereby submit the following Joint Statement pursuant to Local Rule 16.1(D):

1. NATURE OF ACTION

Plaintiff Crystal Atherton has instituted this action against the defendants City of Beverly, William F. Scanlon and John Dunn, alleging various tort and civil rights claims arising out of her termination from her position as the Confidential Secretary to the former Mayor Thomas Crean ("Mayor Crean"). The defendants deny any wrongdoing.

2. PROPOSED DISCOVERY PLAN

The parties propose the following discovery plan:

   a. The parties shall make initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure within fourteen (14) days of the scheduling conference;

   b. Written Discovery will be completed within four months after the Court issues its decision on the defendants' Motion for Judgment on the Pleadings;

   c. Depositions of Fact Witnesses will be completed within five months after the Court issues its decision on the defendants' Motion for Judgment on the Pleadings.

   d. Plaintiff's Expert Witnesses will be identified within five months after the Court issues its decision on the defendants' Motion for Judgment on the Pleadings.

    e.    Defendants' Expert Witnesses will be identified within six months after the Court issues its decision on the defendants' Motion for Judgment on the Pleadings.

    f.    Depositions of Expert Witnesses will be completed within eight months after the Court issues its decision on the defendants' Motion for Judgment on the Pleadings.

    g.    All dispositive motions will be filed no later than ten months after the Court issues its decision on the defendants' Motion for Judgment on the Pleadings, but may be filed at any time previous thereto.

3.    MOTION SCHEDULE

All dispositive motions will be served no later than ten months after the Court issues its decision on the defendants' Motion for Judgment on the Pleadings, but may be filed at any time previous thereto. Discovery motions, to the extent that they are necessary, will be filed prior to the close of discovery. Trial motions are to be served not less than seven (7) days prior to trial, except for good cause.

4.    TRIAL BY MAGISTRATE JUDGE

The parties consent to a trial before a magistrate judge.

5.    LOCAL RULE 16.1 CERIFICATIONS

Counsels have conferred with their clients concerning a budget for the cost of the litigation and the possible resolution of the litigation through alternative dispute resolution. Written certifications have been or will be filed separately.

| DEFENDANTS,<br>By their attorneys, | PLAINTIFFS,<br>By their attorney, |
|---|---|
| /s/ Elizabeth R. Corbo<br>David C. Jenkins (BBO# 251000)<br>Elizabeth R. Corbo (BBO# 640131)<br>Kopelman and Paige, P.C.<br>101 Arch Street<br>12th Floor<br>Boston, MA  02110-1109<br>(617) 556-0007 | /s/ Jordan L. Shapiro<br>Jordan L. Shapiro (BBO#454240)<br>Shapiro & Hender<br>640 Main Street<br>Malden, MA 02148<br>(781) 324-5200 |

282605/60700/0580

2