UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11323MLW

| | |
|---|---|
| CRYSTAL A. ATHERTON and ROBERT W. ATHERTON,<br><br>    Plaintiffs<br><br>v.<br><br>CITY OF BEVERLY, WILLIAM F. SCANLON, in his official and individual capacity, and JOHN DUNN, in his official and individual capacity,<br><br>    Defendants | A.D.R. CERTIFICATION FOR<br>DEFENDANT, CITY OF BEVERLY |

Now comes defendant City of Beverly and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

                                                                                  COUNSEL TO DEFENDANT
                                                                                  CITY OF BEVERLY,

/s/ Robert Munroe_____                                /s/ Elizabeth R. Corbo_____
Authorized Representative                                       Elizabeth R. Corbo (BBO# 640131)
City of Beverly                                                             Kopelman and Paige, P.C.
                                                                                        101 Arch Street
                                                                                        Boston, MA 02110
                                                                                        (617) 556-0007

282918/METG/0580

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11323MLW

| | |
|---|---|
| CRYSTAL A. ATHERTON and ROBERT W. ATHERTON,<br><br>　　　Plaintiffs<br><br>v.<br><br>CITY OF BEVERLY, WILLIAM F. SCANLON, in his official and individual capacity, and JOHN DUNN, in his official and individual capacity,<br><br>　　　Defendants | A.D.R. CERTIFICATION FOR DEFENDANT, WILLIAM F. SCANLON, JR. |

　　　Now comes defendant William F. Scanlon, Jr., and the undersigned counsel and hereby affirm that they have conferred:

　　(a)　with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

　　(b)　to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

　　　　　　　　　　　　　　　　　　COUNSEL TO DEFENDANT
　　　　　　　　　　　　　　　　　　WILLIAM F. SCANLON, JR.,

/s/ William F. Scanlon, Jr.　　　　　　　/s/ Elizabeth R. Corbo
William F. Scanlon, Jr.　　　　　　　　　Elizabeth R. Corbo (BBO# 640131)
　　　　　　　　　　　　　　　　　　Kopelman and Paige, P.C.
　　　　　　　　　　　　　　　　　　101 Arch Street
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　(617) 556-0007

282918/METG/0580

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11323MLW

| | |
|---|---|
| CRYSTAL A. ATHERTON and ROBERT W. ATHERTON,<br><br>    Plaintiffs<br><br>v.<br><br>CITY OF BEVERLY, WILLIAM F. SCANLON, in his official and individual capacity, and JOHN DUNN, in his official and individual capacity,<br><br>    Defendants | A.D.R. CERTIFICATION FOR<br>DEFENDANT, JOHN DUNN |

Now comes defendant John Dunn and the undersigned counsel and hereby affirm that they have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

                                        COUNSEL TO DEFENDANT
                                        JOHN DUNN

/s/ John Dunn_____           /s/ Elizabeth R. Corbo _____
John Dunn                              Elizabeth R. Corbo (BBO# 640131)
                                        Kopelman and Paige, P.C.
                                        101 Arch Street
                                        Boston, MA 02110
                                        (617) 556-0007

282918/METG/0580