UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11323MLW

| | |
|---|---|
| CRYSTAL A. ATHERTON and ROBERT W. ATHERTON,<br><br>    Plaintiffs<br><br>v.<br><br>CITY OF BEVERLY, WILLIAM F. SCANLON, in his official and individual capacity, and JOHN DUNN, in his official and individual capacity,<br><br>    Defendants | CERTIFICATION PURSUANT TO RULE 16.1 FOR DEFENDANT, CITY OF BEVERLY |

    Now comes defendant City of Beverly and the undersigned counsel and hereby affirm that they have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

                                                  COUNSEL TO DEFENDANT
                                                  CITY OF BEVERLY,

/s/ Robert Munroe                        /s/ Elizabeth R. Corbo
Authorized Representative            Elizabeth R. Corbo (BBO# 640131)
City of Beverly                                Kopelman and Paige, P.C.
                                                  101 Arch Street
                                                  Boston, MA 02110
                                                  (617) 556-0007

282918/METG/0580