UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11323MLW

| | |
|---|---|
| CRYSTAL A. ATHERTON and ROBERT W. ATHERTON,<br><br>       Plaintiffs<br><br>v.<br><br>CITY OF BEVERLY, WILLIAM F. SCANLON, in his official and individual capacity, and JOHN DUNN, in his official and individual capacity,<br><br>       Defendants | CERTIFICATION PURSUANT TO RULE 16.1 FOR DEFENDANT, WILLIAM F. SCANLON, JR. |

   Now comes defendant William F. Scanlon, Jr., and the undersigned counsel and hereby affirm that they have conferred:

   (a)   with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

   (b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

|   | COUNSEL TO DEFENDANT<br>WILLIAM F. SCANLON, JR., |
|---|---|
| /s/ William F. Scanlon, Jr.<br>William F. Scanlon, Jr. | /s/ Elizabeth R. Corbo<br>Elizabeth R. Corbo (BBO# 640131)<br>Kopelman and Paige, P.C.<br>101 Arch Street<br>Boston, MA 02110<br>(617) 556-0007 |

282918/METG/0580