UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11323MLW

| | |
|---|---|
| CRYSTAL A. ATHERTON and ROBERT W. ATHERTON,<br><br>         Plaintiffs<br><br>v.<br><br>CITY OF BEVERLY, WILLIAM F. SCANLON, in his official and individual capacity, and JOHN DUNN, in his official and individual capacity,<br><br>         Defendants | CERTIFICATION PURSUANT TO RULE 16.1 FOR DEFENDANT, JOHN DUNN |

Now comes defendant John Dunn and the undersigned counsel and hereby affirm that they have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

                                                              COUNSEL TO DEFENDANT
                                                              JOHN DUNN

/s/ John Dunn_____                  /s/ Elizabeth R. Corbo _____
John Dunn                                                  Elizabeth R. Corbo (BBO# 640131)
                                                              Kopelman and Paige, P.C.
                                                              101 Arch Street
                                                              Boston, MA 02110
                                                              (617) 556-0007

282918/METG/0580