UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 05-11323 MLW

|  |  |
|---|---|
| **CRYSTAL A. ATHERTON** and **ROBERT W. ATHERTON** Plaintiffs, | ) ) ) ) ) |
| v. | ) ) |
| **CITY OF BEVERLY, WILLIAM F. SCANLON, JR.**, in his official and individual capacity and **JOHN DUNN**, in his official and individual capacity Defendants. | ) ) ) ) ) ) ) |

## A.D.R. CERTIFICATION PURSUANT TO LOCAL RULE 16.1 FOR PLAINTIFF, CRYSTAL A. ATHERTON

Now comes the Plaintiff Crystal A. Atherton and the undersigned counsel who hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

COUNSEL TO PLAINTIFF
CRYSTAL A. ATHERTON

/s/ Crystal A. Atherton
Crystal A. Atherton

/s/ Jordan L. Shapiro
Jordan L. Shapiro
BBO#454240
Shapiro & Hender
640 Main Street
Malden, MA 02148
(781) 324-5200

DATED: July 25, 2006