Case 1:05-cv-11323-MLW   Document 23   Filed 01/24/2007   Page 1 of 1

**KOPELMAN AND PAIGE, P. C.**

ATTORNEYS AT LAW

101 ARCH STREET

BOSTON, MA 02110-1109

(617) 556-0007
FAX (617) 654-1735

LENOX OFFICE
(413) 637-4300

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN
ANNE-MARIE M. HYLAND
GEORGE X. PUCCI
WILLIAM HEWIG III
JEANNE S. McKNIGHT
LAUREN F. GOLDBERG
MICHELE E. RANDAZZO
ILANA M. QUIRK

JANET HETHERWICK PUMPHREY
DIRECTOR WESTERN OFFICE

KATHLEEN M. O'DONNELL
PATRICIA A. CANTOR
THOMAS P. LANE, JR.
MARY L. GIORGIO
THOMAS W. McENANEY
KATHARINE I. DOYLE
JEFFREY A. HONIG
GREGG J. CORBO
RICHARD T. HOLLAND
ELIZABETH R. CORBO
KATHARINE LORD KLEIN
MARIA C. ROTA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
JONATHAN D. EICHMAN
JOSEPH S. FAIR
LAURA H. PAWLE
CAROLYN M. MURRAY
JACKIE COWIN
JEFFREY T. BLAKE
BRIAN M. MASER
BRIAN J. WINNER
ROBERT H. McKERTICH
ANNE C. ROSENBERG
KATHERINE D. LAUGHMAN
JEFFERY D. UGINO
MATTHEW R. KIROUAC
MICHAEL B. CABRAL

January 24, 2007

Dennis O'Leary, Clerk
United States District Court
  for the District of Massachusetts
U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Crystal A. Atherton and Robert W. Atherton v. City of Beverly, William F. Scanlon, Jr., in his official and individual capacity and John Dunn, in his official and individual capacity
United States District Court Docket No. 05-11323MLW

Dear Mr. O'Leary:

Pursuant to your voicemail message, please accept this letter as confirmation that the parties have filed a Joint Scheduling Statement, which is #14 on the docket for this case. Since the filing, both parties have conferred and are in agreement that the Joint Scheduling Statement contains viable dates. Additionally, both parties have filed their certification certificates, which are #16-18 and #20-21 on the docket.

Thank you for your attention to this matter. Please do not hesitate to contact me should you require anything further.

Very truly yours,

*Elizabeth R. Corbo*
Elizabeth R. Corbo

ERC/rbh
cc:   Mayor
      John Dunn
      Assistant City Solicitor
      Jordan Shapiro, Esq. (by facsimile)

304631/METG/0580