UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11323

| Crystal Atherton et al | City of Beverly et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Jordan Shapiro | Elizabeth Corbo |
| Eric Schwartz | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

### CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 1/25/07 | Defendants confirms that they are not seeking to dismiss Counts VII, VIII and X.  Plaintiff informs the court that she is waiving count 5 to the extent it asserts any 1985 and 1986 violations.  Count I of the complaint is dismissed by agreement to the extent that it asserts substantive due process claims.  Claim against Scanlon in his official capacity is dismissed because it is a claim against the municipality.  Court listens to oral argument on the motion for judgment on the pleadings.  Court does not dismiss counts I-III (w/o prejudice) and IV.  Counts V and VI are dismissed to the extent that they assert claims under federal law 1985 and not 1986 and not otherwise.  Count IX is dismissed as well with agreement of the parties.  Count XI is dismissed with the agreement of the parties.  Count XII is dismissed to the extent Scanlon is sued in his official capacities. Loss of consortium claim is denied. Claims against defendant Dunn are dismissed . Court sees counsel in the lobby abd sets a schedule for the remainder of the case.  Scheduling order to issue. |