UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
CRYSTAL A. ATHERTON            )
and ROBERT W. ATHERTON,        )
                               )
        Plaintiffs,            )
                               )
    v.                         )   C.A. No.05-11323-MLW
                               )
CITY OF BEVERLY, WILLIAM F.    )
SCANLON, JR., in his           )
official and individual        )
capacity, and JOHN DUNN, in    )
his official and individual    )
capacity,                      )
                               )
        Defendants.            )
```

ORDER

WOLF, D.J.                                          March 15, 2007

As stated in the Settlement Conference on March 14, 2007, it is hereby ORDERED that:

1. Counsel shall meet and, by June 22, 2007, report whether the case has been settled and, if not, whether they request that it be referred for mediation.

2. The January 26, 2007 Scheduling Order otherwise remains in effect.

                                        /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE