```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

CRYSTAL A. ATHERTON,              )
        Plaintiff,                )
                                  )
     v.                           )    C.A. No. 05-11323-MLW
                                  )
CITY OF BEVERLY, WILLIAM F.       )
SCANLON, JR., in his              )
official and individual           )
capacity, and JOHN DUNN, in       )
his official capacity,            )
                                  )
        Defendants.               )
```

ORDER

WOLF, D.J.                                          October 25, 2007

As stated in the Status Conference on October 25, 2007, it is hereby ORDERED that:

1.  The parties shall complete all discovery by November 16, 2007.

2.  The parties shall file any motions for summary judgment, in the manner required by Local Rule 56.1, by March 14, 2008.

3.  Responses shall be filed, in the manner required by Local Rule 56.1, by April 18, 2008.

4.  Any replies shall be filed by April 30, 2008.

5.  By May 9, 2008, counsel shall meet to discuss settlement and report whether the case has been settled.

6.   If settlement is not reached, a hearing on any motions for summary judgment shall be held on May 28, 2008, at 3:00 p.m.


                                   /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE