UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11323MLW

| | |
|---|---|
| CRYSTAL A. ATHERTON and ROBERT W. ATHERTON,<br><br>    Plaintiffs<br><br>v.<br><br>CITY OF BEVERLY, WILLIAM F. SCANLON, in his official and individual capacity, and JOHN DUNN, in his official and individual capacity,<br><br>    Defendants | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO COUNT VII AND COUNT VIII ONLY |

    Now come the parties to the above-captioned action, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and hereby stipulate and agree that only Count VII (Mass. G.L. c. 151B-Unlawful Discrimination on the Basis of Age and Gender against City of Beverly and William Scanlon) and Count VIII (Mass. G.L. c. 151B-Unlawful Discrimination on the Basis of Age and Gender against City of Beverly and William Scanlon) be dismissed with prejudice, without interest, costs, expenses or fees to any party.

    All of the parties agree that this Stipulation of Dismissal has no effect upon other pending claims.

    THE PARTIES DISMISSING THE WITHIN CLAIMS WAIVE ALL RIGHTS OF APPEAL AND NOTICE.

| | |
|---|---|
| PLAINTIFFS,<br>By their attorneys, | DEFENDANTS,<br>By their attorneys, |
| /s/ Jordan L. Shapiro<br>Jordan L. Shapiro (BBO# 454240)<br>Shapiro & Hender<br>640 Main Street<br>Malden, MA 02148<br>(781) 324-5200 | /s/David C. Jenkins<br>David C. Jenkins (BBO# 251000)<br>Elizabeth R. Corbo (BBO# 640131)<br>Kopelman and Paige, P.C.<br>101 Arch Street, 12th Floor<br>Boston, MA 02110<br>(617) 556-0007 |

332374v2/METG/0580