UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  05-11323MLW

CRYSTAL A. ATHERTON and ROBERT W.
ATHERTON,

          Plaintiffs

v.

CITY OF BEVERLY, WILLIAM F.
SCANLON, in his official and individual
capacity, and JOHN DUNN, in his official and
individual capacity,

          Defendants

STIPULATION OF DISMISSAL WITH
PREJUDICE AS TO COUNT II ONLY

     Now come the parties to the above-captioned action, pursuant to Fed.R.Civ.P.

41(a)(1)(ii), and hereby stipulate and agree that Count II, in its entirety, be dismissed with

prejudice, without interest, costs, expenses or fees to any party.

     All of the parties agree that this Stipulation of Dismissal has no effect upon other pending

claims.

     THE PARTIES DISMISSING THE WITHIN CLAIMS WAIVE ALL RIGHTS OF

APPEAL AND NOTICE.

PLAINTIFFS,
By their attorneys,

/s/ Jordan L. Shapiro
Jordan L. Shapiro (BBO# 454240)
Shapiro & Hender
640 Main Street
Malden, MA 02148
(781) 324-5200

DEFENDANTS,
By their attorneys,

/s/ Elizabeth R. Corbo
David C. Jenkins (BBO# 251000)
Elizabeth R. Corbo (BBO# 640131)
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110
(617) 556-0007

340916/METG/0580