UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05CV11323-MLW

| | |
|---|---|
| CRYSTAL A. ATHERTON, and ROBERT W. ATHERTON<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF BEVERLY, WILLIAM F. SCANLON, JR., in his official and individual capacity, and JOHN DUNN, in his official and individual capacity,<br><br>        Defendants | DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <u>PURSUANT TO FED.R.CIV.P.56</u> |

Now come the defendants, City of Beverly, William F. Scanlon, Jr., and John Dunn (collectively "the Defendants"), and hereby move for summary judgment on all claims against the Defendants pursuant to Fed.R.Civ.P.56.

As grounds therefor, the Defendants state that there are no material issues of fact in dispute, and the Defendants are entitled to judgment as a matter of law. The Defendants further rely upon and incorporate herein the Defendants' Local Rule 56.1 Statement of Facts and exhibits thereto, as well as the Memorandum of Law in Support of this Motion for Summary Judgment filed contemporaneously herewith.

WHEREFORE, the Defendants respectfully request that this Court grant their Motion for Summary Judgment on all counts of the complaint against them.

                DEFENDANTS,

                CITY OF BEVERLY,
                WILLIAM F. SCANLON, JR., and
                JOHN DUNN,

                By their attorneys,


                /s/ Elizabeth Corbo
                David C. Jenkins (BBO# 251000)
                Elizabeth R. Corbo (BBO# 640131)
                Kopelman and Paige, P.C.
                101 Arch Street, 12th Floor
                Boston, MA 02110
                (617) 556-0007

337419/METG/0580

## CERTIFICATE OF SERVICE

I, Elizabeth R. Corbo, hereby certify that on the below date, I served a copy of the foregoing Defendants' Motion for Summary Judgment and Statement of Facts Pursuant to Local Rule 56.1 with Exhibits 1-36 by first class mail, postage prepaid, to the following counsel of record:

                Jordan L. Shapiro, Esq.
                Shapiro & Hender
                640 Main Street
                Malden, MA 02148


Dated: March 13, 2008                /s/ Elizabeth R. Corbo