UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05CV11323-MLW

CRYSTAL A. ATHERTON,

    Plaintiff,

v.

CITY OF BEVERLY, WILLIAM F. SCANLON, Jr., in his official and individual capacity, and JOHN DUNN, in his official and individual capacity,

    Defendants

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1 of the United States District Court for the District of Massachusetts, Defendants' counsel hereby certifies that the parties have attempted in good faith to resolve or narrow the issues set forth in the Defendants' Motion for Summary Judgment, pursuant to Fed.R.Civ.P. 56(b), through the exchange of several telephone calls between counsel for Defendants and counsel for Crystal A. Atherton, the last of which occurred on March 13, 2008. After these communications, the parties were unable to resolve or narrow the issues raised in the Defendants' Motion for Summary Judgment.

    /s/ Elizabeth R. Corbo_____
    Elizabeth R. Corbo (BBO# 640131)

340912/METG/0580