

# KOPELMAN AND PAIGE, P.C.
*The Leader in Municipal Law*

101 Arch Street
Boston, MA 02110
T: 617.556.0007
F: 617.654.1735
www.k-plaw.com

May 9, 2008

**Elizabeth R. Corbo**
ecorbo@k-plaw.com

Hon. Mark L. Wolf
United States District Court
 for the District of Massachusetts
U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Crystal A. Atherton v. City of Beverly, et al.
      U.S.D.C. Civil Action No. 2005-CV-11323-MLW

Dear Judge Wolf:

Please accept this report to the Court regarding the case status. The attorneys met on May 7, 2008 at the office of plaintiff's counsel to discuss possible settlement, as directed by the Court. Discussions between counsel lasted approximately 30 minutes. Despite the good faith shown by both sides, the parties remain a significant distance apart and the matter remains unresolved.

Please do not hesitate to contact us should you have any questions.

Very truly yours,

*Elizabeth R. Corbo/ JMX*
Elizabeth R. Corbo

ERC/man
cc:   Dan Morrison, Esq.
      Robert A. Munroe, Esq.
      Jordan Shapiro, Esq.

345684/METG/0580

Boston   •   Worcester   •   Northampton   •   Lenox